# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TAKERA SIMS : | |
| : | CIVIL ACTION NO.: 18-2963 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| FAIRMOUNT LONG TERM CARE : | |
| *d/b/a* Philadelphia Nursing Home : | |
| : | |
| Defendant. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having resolved this matter and consummated settlement, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff, Takera Sims, and Defendant, Fairmount Long Term Care, by and through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

*/s/ Timothy S. Seiler*
Timothy S. Seiler, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Sq., Suite 128
Bensalem, PA
Phone: (215) 639-0801
Fax: (215) 639-4970
Attorney for Plaintiff

*/s/ Patricia A. Fecile-Moreland*
Patricia A. Fecile-Moreland, Esq.
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
One Penn Center
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Phone: 215-832-4227